UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor, | |
| Plaintiff, | |
| v. | CIVIL ACTION |
| | FILE NO. |
| CUSTOM NAVIGATION SYSTEMS, INC. AND STEVEN G. GILL, | 3:10-CV-1788(AVC) |
| Defendants. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT JUDGMENT AND ORDER

Defendant Custom Navigation Systems, Inc. and Defendant Steven G. Gill (collectively the "Defendants"), and the Secretary of Labor, United States Department of Labor, have agreed to resolve all matters in controversy in this action (not including the imposition by Plaintiff of any penalty pursuant to Title I of the Employee Retirement Income Security Act of 1974 ("ERISA" or the "Act") § 502(l), 29 U.S.C. § 1132(l), and any proceedings related thereto), and said parties do now consent to the entry of a Consent Judgment and Order ("Consent Judgment") by this Court in accordance therewith.

Defendants have waived the requirements of Fed. R. Civ. P. 4 as to service of summons, and have acknowledged receipt of Plaintiff's Complaint. By consenting to this Consent Judgment, Defendants have admitted to the jurisdiction of this Court over them and over the subject matter of this action.

Now therefore, by consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendants are permanently enjoined from violating Title I of ERISA, 29 U.S.C. § 1001, *et seq*.

2. Defendants shall pay to Custom Navigation Systems, Inc. 401(k) Profit Sharing Plan and Trust ("the Plan") the amount of $38,774.19, representing principal and lost earnings, in accordance with the terms of the Plan up to and including April 1, 2012. Said amount shall be allocated among the Plan participants listed in Attachment A whose Plan contributions were withheld but never transmitted to the Plan according to the amount each participant is due, provided, however, that none of said amount will be allocated to Defendant Gill's Plan account or otherwise for the benefit of Defendants. Payment of said amount shall be made to the Plan in thirty-six monthly installment payments of $1,127.60 per month including interest amortized annually at the rate of 3%. The first installment payment shall be due on May 1, 2012. Thereafter, Defendants shall make successive installment payments on a monthly basis. Said successive installment payments shall be due on the first day of each month following the month in which the preceding payment was due. If payment is more than fifteen days late, the remaining balance of the judgment amount becomes immediately due and owing.

3. Defendants shall submit the following, setting forth evidence of compliance with the provisions of paragraph 2 of this Consent Judgment:

(a) Within ten (10) days of making each monthly payment to the Plan, Defendants shall submit to Plaintiff proof of payment made to the Plan, until such time as the full amount is restored to the Plan;

2

(b) Within thirty (30) days of completing payments to the Plan, Defendants shall submit a written report to Plaintiff showing a full accounting of the proceeds allocated to Plan participants' accounts or otherwise allocated to Plan participants.

(c) Proof of payment and report of compliance, as required by paragraph 3(a) and (b) of this Consent Judgment shall be sent to the following address:

> Regional Director
> Employee Benefits Security Administration
> U.S. Department of Labor, J.F.K. Federal Building,
> Room 575
> Boston, MA  02203

4. Defendant Steven G. Gill is permanently enjoined from serving as a fiduciary for any employee benefit plan subject to ERISA.

5. Each party shall bear its own fees and expenses with respect to this action.

6. The Court shall retain jurisdiction of this matter for purposes of enforcing this Consent Judgment.

7. Nothing in this Consent Judgment is binding on any governmental agency other than the United States Department of Labor.

IT IS SO ORDERED THIS 12th day of April, 2012.

/s/ Alfred V. Covello, USDJ

United States District Judge Alfred V. Covello

Consented to by:

For the Plaintiff, Hilda L. Solis, Secretary of Labor:

3

M. Patricia Smith
Solicitor of Labor

Michael D. Felsen
Regional Solicitor

*Marjorie A. Butler*  4/3/2012

Marjorie A. Butler                          Dated
Attorney

U.S. Department of Labor
Office of the Solicitor
J.F.K. Federal Building
Room E-375
Boston, MA 02203
(617) 565-2500
FAX (617) 565-2142

For Defendant Custom Navigation System, Inc.

*signature*                                 4/3/2012

Steven G. Gill                              Dated
633 Boston Post Road
Westbrook, Connecticut 06498

For Defendant Steven G. Gill

*signature*                                 4/3/2012

Steven G. Gill                              Dated
134 Westbrook Rd.
Deep River, Connecticut 06417

4

## ATTACHMENT A

| | |
|---|---|
| Kevin Boughton | $836.77 |
| Matthew Fries | $15,937.18 |
| David Jamison | $6,320.39 |
| Charles Riordan | $15,679.85 |